No. 79–333. BOERCKEL v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–5197. VASQUEZ-SANTIAGO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–5926. THORSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–6170. FLORES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–725. MAINE PUBLIC UTILITIES COMMISSION v. CENTRAL MAINE POWER Co. Sup. Jud. Ct. Me. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–1454. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES v. WRIGHT ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 79–1629. BOARD OF EDUCATION OF THE MEMPHIS CITY SCHOOLS ET AL. v. NORTHCROSS ET AL.; and
No. 79–1630. CITY OF MEMPHIS ET AL. v. NORTHCROSS ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 79–6017. NASTU v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner to strike the supplement to the petition and certiorari denied.